**Dismissed and Opinion Filed May 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-86-01220-CV

**LONGORIA INDUSTRIES, INC., Appellant**
**V.**
**LEOPARD GARLAND, LTD., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-86-5289-D**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

We reinstate this appeal. This case was abated in 1987 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system; however, nothing on that

system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the

status of the bankruptcy and of this appeal. We cautioned that the failure to respond

would result in the appeal being dismissed for want of prosecution. *See id.*

42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss the appeal. *See id.* 42.3(b),(c).

861220f.p05

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LONGORIA INDUSTRIES, INC.,
Appellant

No. 05-86-01220-CV        V.

LEOPARD GARLAND, LTD.,
Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-86-5289-
D.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 3rd day of May, 2021.